**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WESTERN WORLD INSURANCE COMPANY      PLAINTIFF

v.      NO. 3:14CV00129 JLH

CODY RUSSELL, *et al.*      DEFENDANTS

## **ORDER**

The jury trial scheduled for the week of April 13, 2015, in Jonesboro, Arkansas, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 26th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE